Kevin M. Zietz, Esq. (SBN 186244)
Email: kevin@zietzlaw.com
LAW OFFICES OF KEVIN M. ZIETZ, PC
16055 Ventura Boulevard, Suite 650
Encino, California 91436
T: (818) 981-9200    F: (818) 981-9201

Attorneys for Plaintiff
ROSALYN REED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALYN REED<br><br>                    Plaintiff,<br><br>         vs.<br><br>HARTFORD LIFE & ACCIDENT INSURANCE COMPANY; and DOES 1 to 10, inclusive,<br><br>                    Defendants. | Case No.: 2:22-CV-02135-ABJ(RAOx)<br><br>Honorable Andre Birotte, Jr.<br><br>**NOTICE OF SETTLEMENT** |

1

NOTICE OF SETTLEMENT

TO THE HONORABLE ANDRE BIROTTE, JR. AND HIS COURT CLERK:

Please take notice that the parties have reached a confidential settlement of this entire action. The parties expect that a written settlement agreement will be finalized and signed within thirty (30) days. Thereafter, the parties will submit a stipulation requesting dismissal of this entire action with prejudice, with each party to bear her/its own attorneys' fees and costs.

DATED: May 5, 2022

Respectfully submitted,

LAW OFFICES OF KEVIN ZIETZ, PC

By: *Kevin M. Zietz*
Kevin M. Zietz, Esq.
Attorneys for Plaintiff
ROSALYN REED