JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALYN REED,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE & ACCIDENT INSURANCE COMPANY; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-02135-AB (RAOx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

　　The Court has been advised that this action has been settled.

　　The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **thirty (30) days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: May 9, 2022

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.