CINDY M. RUCKER (SBN 272465)
crucker@maynardcooper.com
ROBERT HESS (SBN 178042)
rhess@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
10100 Santa Monica Blvd, Suite 550
Los Angeles, California 90067
Telephone: (323) 987-3356
Fax:  (205) 254-1999

Attorney for Defendant
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSALYN REED,<br><br>          Plaintiff,<br><br>     vs.<br><br>HARTFORD LIFE & ACCIDENT INSURANCE COMPANY; and DOES 1 to 10, inclusive,<br><br>          Defendants. | Case No. 2:22-cv-02135-ABJ(RAOx)<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between the parties to this action, through their designated counsel, that the above-captioned action hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and that all parties bear their own fees and costs.

{06406687.1}                                             1
**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**
Case No. 2:22-cv-02135-ABJ(RAOx)

| | | |
|---|---|---|
| 1 | DATED: May 11, 2022 | MAYNARD, COOPER & GALE LLP |
| 2 | | |
| 3 | | */s/ Cindy M. Rucker* |
| | | Cindy M. Rucker |
| 4 | | *Attorney for Defendant* |
| | | *Hartford Life and Accident* |
| 5 | | *Insurance Company* |
| 6 | DATED: May 11, 2022 | LAW OFFICE OF KEVIN M. ZIETZ |
| 7 | | */s/ Kevin M. Zietz* |
| | | Kevin M. Zietz |
| 8 | | *Attorney for Plaintiff* |
| | | Rosalyn Reed |

{06406687.1}

2

**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**
Case No. 2:22-cv-02135-ABJ(RAOx)

# SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Kevin M. Zietz counsel for Plaintiff Rosalyn Reed and that I obtained his authorization to affix his electronic signature to this document.

By:     */s/ Cindy M. Rucker*
           Cindy M. Rucker
           *Attorney for Defendant*
           *Hartford Life and Accident*
           *Insurance Company*

# PROOF OF SERVICE

STATE OF CALIFORNIA )
COUNTY OF SAN FRANCISCO )

I am employed in the County of San Francisco, State of California. I am over the age of 21 and am not a party to the within action. My business address is Maynard, Cooper & Gale, LLP, Two Embarcadero Center, Suite 1450, San Francisco, California 94111. On the date indicated below, I served the foregoing document described as:

**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

**[X]  BY CM/ECF ELECTRONIC SERVICE**: The interested party(ies) set forth below are registered CM/ECF users with the Court, and have consented to service through the Court's automatic transmission of a notice of filing.

Kevin M. Zietz (SBN 186244)
E-mail: kevin@zietzlaw.com
LAW OFFICES OF KEVIN M. ZIETZ, PC
16055 Ventura Boulevard, Suite 650
Encino, California 91436
Tel: (818) 981-9200
Fax: (818) 981-9201

Attorney for Plaintiff
Rosalyn Reed

I declare that I am employed in the office of a member who has been admitted to the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed May 11, 2022 in San Francisco, California

Sam Roberson

{06406687.1}    4